UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KEZLYN MENDEZ** | : | CIVIL NO. 3:18-CV-1929(VLB) |
| V. | : | |
| **MULLIGAN, ET AL.** | : | SEPTEMBER 16, 2019 |

## MOTION FOR SUMMARY JUDGMENT

Now comes the defendants, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and respectfully move for summary judgment as to all of the claims in the complaint on grounds that the undisputed material facts demonstrate that the defendants are entitled to judgment as a matter of law. As the attached Local Rule 56(a)(1) Statement of Material Facts, supporting documentation and affidavits demonstrate, there are no genuine issues of material fact in dispute that are sufficient to defeat summary judgment.

Respectfully submitted,

DEFENDANTS
Rivera, Legassey, Harris,
Oliver, Rossi, Osle,
Johnson, Rodriguez
and Williams

WILLIAM TONG
ATTORNEY GENERAL

BY:/s/ Zenobia Graham-Days
Zenobia G. Graham-Days
Assistant Attorney General
Federal Bar #ct28802
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:Zenobia.Graham-Days@ct.gov

**CERTIFICATION**

I hereby certify that on September 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent to the following by first-class mail, postage prepaid, to:

Kezlyn Mendez, Inmate No. 329751
MacDougall-Walker C.I.
1153 East Street South
Suffield, CT 06080

/s/ Zenobia Graham-Days
Zenobia G. Graham-Days
Assistant Attorney General