# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEZLYN MENDEZ | : | CIVIL NO. 3:18-CV-1929(VLB) |
| V. | : | |
| MULLIGAN, ET AL. | : | SEPTEMBER 16, 2019 |

## Exhibit A – Table of Contents

A. Exhibit A – Table of Contents

B. Exhibit B – Affidavit of Ralph Rossi

C. Exhibit C – Ralph Rossi's Correspondence Re: June 2, 2017.

D. Exhibit D – Mendez's Apology Letter to Rossi dated June 22, 2017.

E. Exhibit E - Ralph Rossi's Correspondence Re: July 30, 2017

F. Exhibit F - Incident Report No. MWCI-2017-10-070

G. Exhibit G - Affidavit of Lance Oliver

H. Exhibit H - Affidavit of Trevor Williams

I. Exhibit I - Affidavit of Luis Rodriguez

J. Exhibit J - Affidavit of Sara Osle

K. Exhibit K - Affidavit of Jose Rivera

L. Exhibit L - September 8, 2017 Email

```
                              DEFENDANTS
                              Rivera, Legassey, Harris,
                              Oliver, Rossi, Osle,
                              Johnson, Rodriguez
                              and Williams


                              WILLIAM TONG
                              ATTORNEY GENERAL

                         BY:/s/ Zenobia Graham-Days
                              Zenobia G. Graham-Days
                              Assistant Attorney General
                              Federal Bar #ct28802
                              110 Sherman Street
                              Hartford, CT  06105
                              Tel:  (860) 808-5450
                              Fax:  (860) 808-5591
                              E-Mail:Zenobia.Graham-Days@ct.gov
```

CERTIFICATION

I hereby certify that on September 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent to the following by first-class mail, postage prepaid, to:

Kezlyn Mendez, Inmate No. 329751
MacDougall-Walker C.I.
1153 East Street South
Suffield, CT 06080

```
                              /s/ Zenobia Graham-Days
                              Zenobia G. Graham-Days
                              Assistant Attorney General
```

2