# EXHIBIT C



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### *MacDougall- Walker Correctional Institution*
### 1153 EAST STREET SOUTH
### SUFFIELD, CONNECTICUT  06080

To: WARDEN MULLIGAN
From: CFSSII ROSSI

Date: 9/14/2017

Subject: Mendez #329751

On 6/02/2017 Inmate Mendez ID #329751 was at work in the kitchen being supervised by me CFSSII Rossi when I had to address said inmate with regards to his portion serving size, his handling of the food cart, his work ethic and his mannerism when addressing me CFSSII Rossi. After having dialogue with inmate Mendez ID #329751 I CFSSII Rossi told said inmate to return to his housing unit due to the unwillingness of said inmate to comply with this food service supervisors directions. I CFSSII Rossi told said inmate Mendez ID# 329751 that I was not going to write him a bad work report which would then allow for him to re class to another job within the institution. At the time of this interaction with inmate Mendez id#329751 I CFSSII Rossi was totally unaware of inmate Mendez ID#329751 having written to the warden concerning any issue whatsoever.