# EXHIBIT D

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: KEZLYN MENDEZ
Inmate number: 329751
Facility/Unit: MC 1
Housing unit: L2 94
Date: 6/22/17
Submitted to:

Request: I just want to apologize for whatever I did that offended you I just want to come back to work I have no issue with you and I understand if you feel a way towards me I jumped the gun instead of talking to you like a man I just hope we can let by gones be by gones and I can come back to work without issue

Thank you

Sincerely,
Mendez

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): 
Title:
Action taken and/or response:

continue on back if necessary

Staff signature:
Date: