# EXHIBIT E



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### *MacDougall- Walker Correctional Institution*
**1153 EAST STREET SOUTH**
**SUFFIELD, CONNECTICUT  06080**

To: Warden Mulligan

From:  Ralph Rossi CFSS2

Date: September 13th, 2017

Subject: This letter pertains to inmate Mendez, Kezlyn #329751


      On 7/30/2017 at approximately 10:30 am I, CFSS2 Rossi, went into L-2 housing unit to speak with inmate Carrasquillo, Pedro #312515 in L2-85 cell pertaining to the disciplinary report he had been issued by CFSS2 Johnson. In the process of trying to communicate with inmate Carrasquillo, Inmate Mendez can be seen physically trying to intimidate me, CFSS2 Rossi, by attempting to walk behind me several times during my conversation with inmate Carrrasquillo. At each point of his attempts to walk behind me, I turned to face inmate Mendez to prevent myself from being potentially attacked or in a hazardous situation. When I finally addressed inmate Mendez, Kezlyn #329751 he asked about no longer being an inmate worker in the Macdougall kitchen. During the conversation with inmate Mendez #329751, he specifically stated, "I do not back down from anyone and I am getting my job back! When I get my job back, we are going to have problems in that kitchen. At which point, I, CFSS2 Rossi, said, "Okay", and proceeded to exit the housing unit.