# EXHIBIT F

iT Legassey (R)



# Incident Report Package List of Contents
## Connecticut Department of Correction

CN 6605
REV 07/25/16

☐ Facility/Unit: MWCI Macdougall

☐ Parole District:

| Date: 10-14-17 | Time: 11:10 | ☒ am ☐ pm | Report number: MWCI-2017-10-070 |
|---|---|---|---|

| Incident class: ☐ 1 ☐ 2 ☒ 3 | Type: J | Incident location: Macdougall Kitchen |
|---|---|---|

| Was verbal intervention successful? ☐ Yes ☐ No | Incident description: CFSS Rossi stated he was in fear of his life with Inmate Mendez, Kezlyn working in the kitchen. Inmate Mendez was escorted to RHU 16 cell pending investigation |
|---|---|
| Incident involving 18-25 year old offender? ☐ Yes ☒ No | |

| | Report Forms | Attached | # of Pages |
|---|---|---|---|
| 1. | CN 6601, Incident Report (Page 1) | | |
| 2. | CN 6601, Shift Supervisor's Review / Summary | | |
| 3. | CN 6601, Incident Report Supplemental Pages | | |
| 4. | CN 6602, Medical Incident Report | | |
| 5. | CN 6603, Summary of Assault on Staff | | |
| 6. | CN 6604, Incident Summary Report (Class 1, 2, 3A) | | |
| 7. | CN 6501, Use of Force Report | | |
| 8. | CN 6502, Use of Firearms, Impact Weapons or Oleoresin Capsicum Report | | |
| 9. | CN 6901, Physical Evidence Tag and Chain of Custody | | |
| 10. | CN 61001, Inmate Property Inventory Form | | |
| 11. | CN 61201, PREA Incident Checklist | | |
| 12. | CN 7300, Informational Log | | |
| 13. | CN 9401, Restrictive Housing Unit Status Order | | |
| 14. | CN 9503, Disciplinary Report | | |
| 15. | CN 9510, Mental Health Disciplinary Review Form | | |
| 16. | CN 9901, Request for Protective Custody | | |
| 17. | CN 9902, Separation Profile Entry/Update/Deletion Request | | |
| 18. | CN 11002, Interview Statement (inmate interviews) | | |
| 19. | HR 006, Health Evaluation for Restrictive Housing Unit Placement | | |
| 20. | HR 501, Request for Mental Health Services | | |
| 21. | MVCU-1, Motor Vehicle Accident Report | | |
| 22. | Waiver of Criminal Charges | | |
| 23. | Maintenance Work Request | | |
| 24. | Photographs | | |
| 25. | Audio/Video Media (include CN 6902, Supervisor Video Review)   Tracking #:   MAC-VP-17-1298 | | |
| 26. | Relevant RT Screen(s) | | |
| 27. | Miscellaneous Documents:   Witness Sheet | | |
| 28. | AD 6.6; Attachment A, POWER Card (Applicable if CN 6603, Summary of Assault on Staff is completed) | | |
| | | | |
| | | Total number of pages (includi | |

| Reviewed by: Captain Ojenica | Date: 10/16/17 |
|---|---|

# Incident Report – Page 1
## Connecticut Department of Correction

CN 6601/
REV 7/20/1[

| ☒ Facility/Unit: MacDougall/ Walker C.I. | ☐ Parole Office/Unit: |
|---|---|

| Date: 10/14/2017 | Time: 11:00 ☒ am ☐ pm | Report Number: MUCf 2017.10-070 |
|---|---|---|

| Incident Class: ☐ 1 ☐ 2 ☒ 3 | Type: J | Incident Location: MacDougall Kitchen |
|---|---|---|

| Prepared By: Correctional Food Service Supervisor 2 Rossi | Title: Correctional Food Service Supervisor 2 |
|---|---|

| Inmate Name (Last & First) | ID Number | Race | Housing | Status | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Mendez, ▆ | 329751 | B | L-94 | S | Rossi, ▆ | B | CFFS 2 | RPE |
| | | | | | Gandolfo, ▆ | W | CFFS | EW |
| | | | | | Williams, ▆ | B | CFFS | EW |
| | | | | | Legassey, ▆ | W | LT | RS |
| | | | | | Diaz, ▆ | H | LT | RS |
| | | | | | Gonzales, ▆ | H | C/O | RSE |
| | | | | | Culp, ▆ | B | C/O | RSE |

**Status and Race Codes**

V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)
A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative: on the above date and time I was approached by the administration's supervisory staff that Inmate Mendez ID# 329751 was having an issue with me being at work. I CFSSII Rossi have documented my past issue with said inmate MendezID#329751.I CFSSII Rossi is deathly afraid of said inmate Mendez#329751 being in the kitchen due to the fact of past documented conversation with said inmate. Inmate Mendez id# 329751 has told me CFSSII Rossi that when he comes back to the kitchen there is going to be problems. I CFSSII Rossi respectfully request that said inmate be removed from my work environment to allow for a safe and secured work area .Inmate Mendez#329751 has also called the institutional (PRIA) hotline on this supervisor with no true basis to note.

| Reporting Employee Signature: *Rossi CFSS II* | Title: Correctional Food Service Supervisor 2 |
|---|---|
| Report Date: 10/14/2017 | Report Time: 11:40 ☒ am ☐ pm | Type: ☐ Individual ☐ Summary |

## FOLLOW-UP

| Property damage: ☐ yes ☒ no - Description: | | Value $: |
|---|---|---|

Contraband recovered: ☐ yes ☒ no - Description:

| Physical force used: ☐ yes ☒ no | Chemical agents used: ☐ yes ☒ no | Restraints used: ☒ yes ☐ no |
|---|---|---|

| Assigned to: | ☒ Administrative Detention | ☐ Medical | ☐ Staggered Observation |
|---|---|---|---|
| | ☐ Protective Custody | ☐ Outside hospital: | |
| | ☐ Other: | | |

# Incident Report – Page 2
## Connecticut Department of Correction

CN 6601/2
REV 7/20/15

## NOTIFICATIONS

| | | | |
|---|---|---|---|
| Duty Officer: N/A | Date: | Time: | ☐ am ☐ pm |
| Unit Administrator: N/A | Date: | Time: | ☐ am ☐ pm |
| District Administrator: N/A | Date: | Time: | ☐ am ☐ pm |
| Deputy Commissioner: N/A | Date: | Time: | ☐ am ☐ pm |
| Commissioner: N/A | Date: | Time: | ☐ am ☐ pm |
| Central Office: N/A | Date: | Time: | ☐ am ☐ pm |
| Outside Agency: N/A | Date: | Time: | ☐ am ☐ pm |
| Police/Fire: N/A | Date: | Time: | ☐ am ☐ pm |
| Public Information Officer: N/A | Date: | Time: | ☐ am ☐ pm |
| CISRP Coordinator: N/A | Date: | Time: | ☐ am ☐ pm |

## CRIMINAL PROSECUTION

If a staff member was assaulted during the incident, is criminal prosecution requested?   ☐ YES   ☐ NO

Connecticut State Police investigation number:

## REVIEWS

**Supervisor:** On 10/17/17, I (Captain Ogando) reviewed incident report **MWCI 2017-10-070** for completion. On 10/14/17 at 11:10 am, Under the supervision of Lieutenant Ryan Legassey, Inmate Mendez, Kezlyn # 329751 (L-94) was placed on AD status for Interfering with Safety or security. Once in RHU, a routine strip search was conducted without issues. Unit manager interviewed inmate Mendez and he stated that he never got loud in the unit. Inmate Mendez further stated he was informed that Kitchen supervisor Rossi was not going to call him for PM kitchen work call. All required reports and documentations were completed and submitted in accordance with section 12 of AD 6.6 Reporting of Incidents. Inmate Mendez is currently housed in RHU pending adjudication of a class (A) report There were no staff or inmates injuries reported with this incident. This report is being forwarded to the Deputy Warden and appropriate unit manager for review.

| Signature: | Title: Captain | Date: 10/16/17 |
|---|---|---|

**Deputy Warden:** **Reviewed:** I concur with Day Watch Commander (Captain. L. Ogando). review of Incident MWCI-2017-10-070. CFSS Ralph Rossi allegation fair for his safety from inmate Mendez, Kezlyn #329751 (L2/94). I/M Mendez was placed in RHU pending a investigation, was also issued a interfering w/ safety or security for a verbal disagreement he had with the unit officer. There was a process failure, because of the delivery time of the Disciplinary Report. During the review of the incident there seems to be an ongoing issue with the kitchen staff and this inmate. Therefor on a safety, and security standpoint a transfer from the facility would be appropriate. No further action required at this time. Incident is considered closed

| Signature: Roach | Title: Deputy Warden | Date: 10/20/2017 |
|---|---|---|

**Unit Administrator:** INMATE HOUSE L2 PLACED IN RHU AFTER CAUSING A DISRUPTION IN THE UNIT WHEN HE WAS CALLED TO THE KITCHEN FOR HIS REGULAR SHIFT. NO ISSUES WITH PLACEMENT AND USE OF FORCE LIMITED TO RESTRAINTS. NO STAFF OR INMATE INJURIES. INMATE WAS NOT CALLED TO WORK BY CFSS? ROSSI BECAUSE HE FELT PREVIOUS STATEMENTS MADE BY MENDEZ PUT HIM IN JEOPARDY. THERE HAS BEEN PREVIOUS ALLEGATIONS MADE BY MENDEZ AGAINST ROSSI FOR UNPROFESSIONAL CONDUCT BUT NONE WERE SUBSTANTIATED. IN ORDER TO PROTECT BOTH PARTIES FROM FURTHER ISSUES, INMATE MENDEZ WAS TRANSFERRED.

| Signature: | Title: Warden | Date: 10-30-17 |
|---|---|---|

## Central Office:

| Signature: | Title: | Date: |
|---|---|---|

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report Number: MWCI-2017-17-070 | Page 3 of 10

☐ Facility/Unit: Macdougall | ☐ Parole Office/Unit:

Date: 10-14-2017 | Time: 11:10 ☒ am ☐ pm | Incident Class: ☐ 1 ☐ 2 ☒ 3   Type: J

Incident Location: Macdougall Kitchen

Prepared By:  Legassey, ▮ | Title:   Lieutenant

Narrative:

| Inmate Name (Last & First) | ID Number | Race | Housing | Status | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | Fountain, ▮ | B | C/O | RSE |
| | | | | | Cook, ▮ | W | C/O | RSE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

On 10-14-2017 this reporting Supervisor was assigned to the Macdougall building during day watch. At 11:00 AM this reporting supervisor responded to L2 unit due to the fact that Inmate Mendez, Kezlyn #329751 was yelling at the Officer in the unit about not being able to go to work at 1:00 PM. Both LT Diaz and this reporting supervisor brought Inmate Mendez to the L unit vestibule to question him about his behavior. During the questioning Inmate Mendez stated that Kitchen Supervisor Rossi was not allowing him to work in the kitchen because of issues they have. He also stated that he was cleared by administration to return to work after he filed a grievance against CFSS Rossi and that the commissioner came to facility on 9-24-17 and spoke to him.  After LT Diaz and this supervisor instructed Inmate Mendez to return to his cell we spoke with CFSS Rossi, CFSS Gandolfo, and CFSS Williams about the issue. During the conversation CFSS Rossi stated that Inmate Mendez had previously made threats against him while he was in L2 unit speaking to another inmate. CFSS Rossi stated that he did document the issue with a page 1 previously and that he feared for his life with Inmate Mendez in his unit due to his persistence to enter the unit while CFSS Rossi was working.

At that time this reporting supervisor along with LT Diaz reported back to L2 unit at cell 94 where this supervisor instructed Inmate Mendez's cell mate to lay down on his bunk and for Inmate Mendez to turn around and back up to the door. On 10-13-17 at 11:32 AM this supervisor instructed Officer Cook to sign on the camera to video the escort of Inmate Mendez, Kezlyn #329751 from L2-94 unit to RHU Officer Culp applied wrist restraints on Inmate Mendez and secured and escorted the left side with the assistance of Officer Gonzales who secured and escorted the right side. Inmate Mendez was strip searched with no findings and secured into RHU cell 16 with a clean bed roll, mattress and jump suit with no issues. Medical and MHU were notified of the placement. Inmate Mendez was placed into RHU pending investigation.

- Inmate Mendez, Kezlyn 329751 Overall-4, Medical-4, MHU-3, SRG-2, Disc-4
- Inmate Mendez were seen by Medical and MHU
- All staff acted in a professional manner following all protocols.
- Inmate Mendez  received clean bedroll, mattress, and jumpsuit
- Property was Packed and inventoried  by Officer Fountain
- MAC-VP-17-1298 Video of escort of Inmate Mendez  from L2 Unit to RHU

Reporting Employee Signature: | Title:   Lieutenant

Report Date:  10-14-2017 | Report Time: 1:50 ☐ am ☒ pm | Type: ☐ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: MWCI 2017-10-070 | **Page** 4 of 8 10 |
|---|---|

☒ Facility/Unit: MWCI          ☐ Parole Office/Unit:

| Date: 10/14/17 | Time: 11:00  ☒ am ☐ pm | Incident Class: ☐ 1 ☐ 2 ☒ 3  J |
|---|---|---|

Incident Location: MacDougall Kitchen

| Prepared By: Diaz, ▓ | Title: Lieutenant |
|---|---|

Narrative:

On October 14, 2017 I Lieutenant Diaz, Ivette was a shift supervisor (88) for the day watch shift at the MacDougall building. At approximately 10:55am I received a phone call from the L2 housing unit. The officer informed me that when I have a chance to come to the L2 housing unit that Inmate Mendez, Kezlyn #329751 L2-94 would like to speak to me. I then heard Inmate Mendez, Kezlyn #329751 continuously yelling at the Officer and demanding that I come to the unit now. I immediately reported to the unit. I had inmate Mendez#329751 exit the unit into the vestibule due to housing unit feeding was being conducted. I asked inmate Mendez what transpired. Inmate Mendez informed me about a previous incident that transpired in the kitchen. He stated he had documentation from the commissioner and the warden that states he is to work on the second shift. He continued to say on August 24, 2017 the commissioner came to the facility to personally investigate this. I sent inmate Mendez back to his cell to retrieve this paperwork. Inmate Medez came back to this supervisor with four request slips written to staff, but with no response or documentation like he said he had. I informed Inmate Mendez that 2nd shift kitchen work call has not been called yet, and that his behavior of yelling at the officer and demanding that I come to the unit right away was not warranted. He agreed, but stated I want something done now. I informed him I have plenty of time to look into this matter before second shift work and that I was currently busy working on another incident. I instructed him to go back to his cell until I go to the kitchen and speak with the kitchen supervisors. I reported to the kitchen and spoke with CFSS Rossi, ▓, Gandolfo, ▓, and William, ▓. All three supervisors stated that Inmate Mendez has shown issues with authority, and is disrespectful especially to the female kitchen supervisors. They stated Inmate Mendez is confrontational when given direct orders. All three kitchen supervisors stated they feared for their safety when Inmate Mendez is in the kitchen and feared for CFSS Rossi personal safety due to Inmate Mendez has been caught a few times approaching CFSS Rossi when his back is turned attempting to enter his personal space.

At 11:42am Lieutenant Legassey, ▓ and I reported back to the unit and escorted Inmate Mendez to the restrictive housing unit. (See Lieutenant Legasseys report for the restrictive housing unit placement).

In Conclusion: Inmate Mendez, Kezlyn #329751 L2-94 is being issued a class A disciplinary report for Interfering with safety or security. While I was on the phone with the L2 officer Inmate Mendez was yelling at the officer demanding that I came to the unit now. When I reported to the unit, this was not an emergency and could have waited due to I was busy dealing with another inmate issue. Kitchen work call does not start until after 1:00pm. Inmate Mendez stated he had documentation from the warden and commissioner. Inmate Mendez was sent to his cell to retrieve this paperwork. It should be noted he could only provide me blank request slips he had submitted, nothing with a response. He also informed me the commissioner personally came to the facility to handle this issue on August 24, 2017. It should be noted the facility was on lock down for annual shakedown and this supervisor was on duty and does not recall the commissioner being at the facility.

Staff in the kitchen stated they feared for their safety with inmate Mendez #329751. To ensure staff safety and Inmate Mendez safety he was placed into the restrictive housing unit until this can be investigated further.

| Reporting Employee Signature: Diaz, ▓ | Title: Lieutenant |
|---|---|

| Report Date: 10/15/17 | Report Time: 11:15  ☒ am ☐ pm | Type: ☒ Individual ☐ Summary |
|---|---|---|

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: MWI- 2017-10-070 | Page 5 of 8 10 |
|---|---|

| ☒ Facility/Unit: Mac Dougall-Walker CI | ☐ Parole Office/Unit: |
|---|---|

| Date: 10/14/17 | Time: 11:10  ☒ am ☒ pm | Incident Class: ☐ 1 ☐ 2 ☒ 3   Type: J |
|---|---|---|

Incident Location: Kitchen

| Prepared By: Williams, ███ | Title: CFSS2 |
|---|---|

**Narrative:**

On this date and time this writer CFSS2 Williams is writing a supplemental regarding the ongoing issues pertaining to I/m Mendez #329751. I/m Mendez has shown issues with authority and disrespect towards supervisors (especially female staff). I/m Mendez is conformational when given direct orders. I/m Mendez does not meet the standards as a worker in this kitchen area. The safety of staff, especially that of CFSS2 Rossi, is being compromised by the conduct and presence of I/M Mendez in the kitchen.

| Reporting Employee Signature: | Title: CFSS2 |
|---|---|
| Report Date: 10/14/17 | Report Time: 11:45  ☒ am ☒ pm | Type: ☒ Individual ☐ Summary |

006

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report Number: MWCI- 2017-10-070

| Page | 8 | of | 10 |

☒ Facility/Unit:                          ☐ Parole Office/Unit:

Date: 10/14/17   Time: 11:10  ☒ am ☒ pm   Incident Class: ☐ 1 ☐ 2 ☒ 3   Type: J

Incident Location: Kitchen

Prepared By: Gandolfo, Antonia          Title: CFSS2

**Narrative:**

On this date and time this writer CFSS2 Gandolfo is writing a supplemental regarding the ongoing issues pertaining to I/m Mendez #329751. I/m Mendez has shown issues with authority and disrespect towards supervisors (especially female staff). I/m Mendez is conformational when given direct orders. I/m Mendez does not meet the standards as a worker in this kitchen area. The safety of staff, especially that of CFSS2 Rossi, is being compromised by the conduct and presence of I/M Mendez in the kitchen.

Reporting Employee Signature:                          Title: CFSS2

Report Date: 10/14/17   Report Time: 12:00  ☐ am ☒ pm   Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report Number: MWCJ- 2017-10-070 | Page 7 of 8 10

☒ Facility/Unit: MacDougall Walker C.I | ☐ Parole Office/Unit:

Date: 10/14/17 | Time: 11:10 ☒ am ☐ pm | Incident Class: ☐ 1 ☐ 2 ☒ 3   Type: J

Incident Location: Kitchen

Prepared by: GONZALES,▮▮▮ | Title:  Correction Officer

**Narrative:**

On 10/14/17 at approximately 11:32am, I Officer Gonzales reported to L-unit 94 cell per Lt Diaz. upon arrival to the unit this Officer secured the r/side of inmate Mendez, Kezlyn #329751 in the escort to RHU for processing. The inmate was secured in RHU-16 cell without further incident.

Reporting Employee Signature: _[signature]_ | Title: C/O

Report Date:10/14/17 | Report Time: 11:48 ☒ am ☐ pm | Type: ☒ Individual ☐ Summary

008

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV
7/20/15

Report Number: MULI-2017-17-070

Page 8 of 8 10

☒ Facility/Unit: MacDougall CI.   ☐ Parole Office/Unit:

Date: 10/14/17   Time: 11:10 ☒ am ☐ pm   Incident Class: ☐ 1 ☐ 2 ☒ 3   Type J

Incident Location: Kitchen

Prepared By: Cook, ▮▮▮▮▮   Title: Correction Officer

**Narrative:**

On October 14, 2017 at approximately 11:32 am I, Officer Cook, was the camera operator for the escort of inmate Mendez, Kezlyn #329757. Inmate Mendez was escorted from L-94 cell to RHU where he was processed and placed in RHU 16 cell pending investigation.

Reporting Employee Signature: _____   Title: Correction Officer

Report Date: 10-14-17   Report Time: 12:50 ☐ am ☒ pm   Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report Number: MWCI 2017-10-070    Page 9    of 10

☐ Facility/Unit: MWCI    ☐ Parole Office/Unit:

Date: 10/14/17    Time: 10:30  ☑ am ☐ pm    Incident Class: ☐ 1 ☐ 2 ☑ 3    Type: J

Incident Location: Kitchen

Prepared By: Culp, ███    Title: Correction

**Narrative:**

On 10/14/17 at 11:32 am I Culp reported to L-94 to
assist with Inmate Mendez # 329751 for pending Investigation
on the work scene I officer Culp secured Inmate Mendez 329751
with wrist restraints. This officer then secured the left side
of Inmate Mendez # 329751. Inmate Mendez # 329751 was
escorted from L-Unit to RHU. Inmate Mendez # 329751 strip
searched and processed into RHU. Inmate Mendez # 329751
was then secured in RHU cell # 16 where all holds and restraints
were released.

Reporting Employee Signature: ███    Title: Correction officer

Report Date: 10/14/17    Report Time: 11:51  ☑ am ☐ pm    Type: ☑ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

Report number: MWCI-2017-10-070

Page 10 of 10

☐ Facility/Unit: MWCI

☐ Parole Office/Unit:

Date: 10/14/17   Time: 14:10   ☐ am ☐ pm   Incident class: ☐ 1 ☐ 2 ☒ 3   Type: J

Incident location: Kitchen

Prepared by: Fontain, ▮▮▮▮   Title: Correction officer

**Narrative:**

On Saturday October 14 2017 I officer Fontain packed up the property of inmate Mendez, Kezlyn #329751.

Reporting employee signature: ~~~~   Title: C/O

Report date: 10/14/2017   Report time: 230   ☐ am ☐ pm   Type: ☒ Individual ☐ Summary

# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 7/20/15

| Report Number: MWCI 2017-10-070 | Page _11_ of _11_ |
|---|---|

☒ Facility/Unit: MacDougall Walker C.I.  |  ☐ Parole Office/Unit:

| Date: 10/14/2017 | Time: 11:10 ☒ am ☐ pm | Incident Class: ☐ 1 ☐ 2 ☒ 3   Type: J |
|---|---|---|

Incident Location: MacDougall Kitchen

| Prepared By ▊ Paton | Title:   Captain, L-Unit Manager |
|---|---|

Narrative:

UNIT MANAGER REVIEW:
On 10/23/17 I, Captain Paton, was assigned as the L Unit Manager.  I reviewed a copy of incident report MWCI-2017-10-070 consisting of 17 pages in order to evaluate the potential impact on the management of the L-2 housing unit with regards to the safety, security, order and discipline of the unit, as well as an individual evaluation of the behavior and future management of I/M Mendez, Kezlyn #329751 (Medical 4, MH3, Discipline 4, Overall Level 4, sentenced to 55 years for Felony Murder).

On 10/15/17 Lt. ▊ Diaz issued inmate Mendez, Kezlyn #329751 a Class-A disciplinary infraction for Interfering with Safety or Security.  Lt Diaz reports that I/M Mendez was yelling in the L-2 housing unit and demanding to see a Lieutenant.  Lieutenant Diaz reports promptly responding to L-2 and interviewing I/M Mendez, only to discover that the issue I/M Mendez wanted to discuss was not an emergency.  I/M Mendez's actions as described by Lt. Diaz (yelling loud enough to be heard in the background over the telephone in the Officer's bubble, and demanding to see a Lieutenant) obstructed Lt. Diaz from carrying out her official duties and thereby justified the disciplinary infraction that Lt. Diaz issued to I/M Mendez.

I/M Mendez was subsequently placed in restrictive housing as a result of his behavior.  Lt. Diaz reports obtaining additional background information that she learned while investigating I/M Mendez's stated issue.  CFSS-2 Rossi stated to Lt. Diaz, and also in his written report, that he is "deathly afraid" of I/M Mendez, who was assigned as a second shift kitchen worker.   CFSS Rossi reports that I/M Mendez had filed a PREA claim against him (accusing CFSS Rossi of sexual harassment and/or abuse) and that I/M Mendez had stated "when he [Mendez] comes back to the kitchen there is going to be problems."

On 10/16/17 I interviewed I/M Mendez in the restrictive housing unit.  I/M Mendez stated that Lt. Diaz is lying and that he never raised his voice and this is all a conspiracy started by CFSS Rossi to get him fired from the kitchen because he [Mendez] wrote to the Warden complaining about CFSS Rossi misusing the common-faire oven to cook pork.

Conclusion/Recommendation:
Based on the reports submitted by staff, I recommend I/M Mendez remain in RHU pending the adjudication of the disciplinary infraction for which he has been charged.  I further recommend that a facility transfer be considered for I/M Mendez in order to keep I/M Mendez separated from CFSS-2 Rossi, to avoid any potential conflict in the future.

| Reporting Employee Signature: | Title:  Captain |
|---|---|
| Report Date:   10/23/2017 | Report Time: 11:52 ☒ am ☐ pm | Type: ☐ Individual ☒ Summary |

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 7/20/15

| Facility/Unit: 137 | Report date: 10/14/17 | Time: 11:30 ☒ am ☐ pm |
|---|---|---|

| Name of patient: Mendez Kezlyn | Inmate number (if applicable): 329-751 |
|---|---|

Medical staff name: Cathryn ███████ RN

| Incident report submitted: ☒ yes ☐ no | Report number: MU~S~-2017-10-070 | Date: |
|---|---|---|

Treatment location: RHU

**Injury description:**

Bilateral cuff check

**Assessment:**

Visual / physical

**Treatment administered:**

none required

**Required follow-up:**

as needed

**Observations/remarks:**

Bilateral wrists ROM WNL CMS(+)
No open areas No redness No Bruising

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).

Known contraindications based on review of health record?   ☐ yes   ☐ no

**Placement after treatment:**
☐ Inmate is cleared for General Population Placement   ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement   ☐ Other (specify):

| Patient signature: Unable to sign | Date: 10-14-17 |
|---|---|
| Medical staff signature: Cathy Boilardeau | Date: 10-14-17 |
| Custody supervisor signature: ~~signature~~ | Date: 10/17/17 |

013



# Contraband/Physical Evidence Tag and Chain of Custody
## Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit :MacDougall/Walker | ☐ Parole Office: |
|---|---|
| Unit Tracking Number: MAC-VP-17-1298 | Incident Report Number: MWCS-2017-17-070 |

### Classification of Physical Evidence

| | | |
|---|---|---|
| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording
☐ Appliance (e.g., television, radio, stereo, recorder, etc.)
☐ Currency (money or other commodity of exchange)
☐ Staff Contraband
☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s):

Inmate Mendez, Kerlyn #329751 was escorted from L-94 cell to RHU where he was processed and placed in RHU 16 cell pending investigation.

Location found/confiscated: L2-94 cell

| By (staff name): Cook, ▮ | Date: 10-14-17 | Time: ☐AM ☐PM |
|---|---|---|
| From (inmate name): Mendez Kerlyn | | Inmate number: 329751 |

### Chain of custody - physical evidence (signature required)

| Staff from: Cook, ▮ | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
|---|---|---|
| Staff to: LT Cegassey ▮ PRL | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
| Reason: Review | Disposition: | |

| Staff from: LT Cegassey ▮ PRL | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
|---|---|---|
| Staff to: Video Safe | Date: 10-14-17 | Time: 1:30 ☐AM ☒PM |
| Reason: Preservation | Disposition: logged | |

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |
| Reason: | Disposition: | |

### Continue on page 2 for additional entries

014

# Inmate Property Inventory Form (Male)
## Connecticut Department of Correction

CN 61001
REV 6/28/10

| Facility: MWCI | Unit: L-2 | Date: 10/14/19 | Time: ☐ am ☐ pm |
|---|---|---|---|

| Inmate Name (print): KEZLYN MENDEZ | Inmate Number: 329875 | Employee (print): Fountain |
|---|---|---|

Purpose of inventory: ☐ Admission  ☒ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other (specify):

**PROPERTY MATRIX/RUNNING INVENTORY (disposition codes):** C = contraband; D = donated; M = mailed; R = retained by inmate; S = stored; and V = visit.

| Qty | Item | Description | Disp | Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Clothing** | | | | **Appliances** | | | | **Personal** | | |
| | baseball cap | | | | adapter | | | | address book | | |
| | bathrobe | | | | antenna | | | | * cassette tapes | | |
| | coat | | | | beard trimmer | | | | * compact discs | | |
| | gym shorts | | | | book lamp | | | | combo lock | | |
| | pajamas | | | | calculator | | | 1 | extension cord | | |
| 2 | pants | Blue | | | cassette player | | | | eyeglasses | | |
| 2 | shirt | Tans | | 1 | cd player | | | | headband | | |
| | socks | | | | clock | | | | kuffi | | |
| 1 | sweatpants | Gray | | | coaxial cable | | | 1 | photo album | | |
| 2 | sweatshirt | Gray | | | converter box | | | 1 | pillow | | |
| 3 | thermals | Dhea | | | electric razor | | | | prayer rug | | |
| 3 | t-shirts | White | | | fan | | | | tams | | |
| 2 | underpants | White Boxers | | 1 | head phones | | | 1 | towel | | |
| 1 | Hot Pot | | | | radio | | | | video games | | |
| | | | | 1 | television | | | 2 | washcloth | | |
| | | | | | video console | | | | yarmulke | | |
| | | | | | | | | | | | |
| | | | | | | | | * No more than 20 total – any combination of tape and/or cd | | | |
| | **Footwear** | | | | **Jewelry** | | | | **Miscellaneous** | | |
| 1 | boots/shoes | Black | | | religious article | | | | | | |
| 1 | shower shoes | | | | watch | | | | | | |
| 1 | slippers | | | | wedding ring | | | | | | |
| 2 | sneakers | Reebok | | | | | | | | | |

I state that (1) no retained item of jewelry or religious artifact is valued at more than $50.00 and no retained wedding ring or set is valued at more than $200.00, (2) no retained item of clothing or footwear is valued at more than $100.00 and that (3) this inventory is correct and all property accounted for.

| Inmate Signature: | Staff Witness Signature: |
|---|---|

**PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS** - Items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials | Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Distribution:** inmate, central property file, and inmate's property bag/box (as appropriate) – additional copies for Department purposes shall be provided as needed via photocopying

# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401/1
REV 6/16/16

| Facility/Unit: | Macdougall-Walker CI | MWCI 2017 10-070 |
|---|---|---|

| Inmate name: | Mendez, Kezlyn | Inmate number: | 329751 |
|---|---|---|---|

## SECTION 1 - STATUS

### Placement in Restrictive Housing Unit (check and date the appropriate description).

| | | |
|---|---|---|
| ☐ | Transfer Detention | Date: |
| ☒ | Administrative Detention | Date: |
| ☐ | Punitive Segregation | Date: |
| ☐ | Administrative Segregation | Date: |
| ☐ | Administrative Segregation Transition | Date: |
| ☐ | Special Needs Management | Date: |
| ☐ | Chronic Discipline | Date: |
| ☐ | Special Circumstances Status | Date: |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

On October 14, 2017, Inmate Mendez, Kezlyn #329751 was placed on Administrative Detention pending investigation.

| Supervisor signature: | Lt. Legassey | Date: | 10/14/17 |
|---|---|---|---|
| Inmate given copy of this form: | Time: 12:30 ☐ am ☒ pm | Date: | 10/14/17 |

016



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
Rev.
2/01/16

| Facility/Unit: MacDougall | *MWCI 2017-10- U40* | Report date: 10/15/17 |
|---|---|---|
| Inmate name: Mendez, Kezlyn | | Inmate number: 329751 |

| Housing unit: L2-67 | Location of incident: L2 UNIT | |
|---|---|---|

| Report number: | Incident date: 10/14/2017 | Incident time: 11:00  ☒ am  ☐ pm |
|---|---|---|

| Offense: Interfering with Safety or Security | Offense class:  ☒ A  ☐ B  ☐ C |
|---|---|

**Narrative:**
On October 14, 2017 at approximately 11:00am this supervisor received a phone call in the operations office. I heard Inmate Mendez, Kezlyn #329751 L2-94 yelling and demanding to the officer that a Lieutenant report to the L2 housing unit. This supervisor reported to unit only to find out that Inmate Mendez was upset because CFSS Rossi wouldn't allow him to come to work. Second shift kitchen work call did not start until after 1:00pm. Inmate Mendez behavior interfered with my official duties while in the operations office.

**Witness(is): NONE**

**Physical evidence: NONE**

| Reporting employee (print): Diaz | Title: Lieutenant |
|---|---|
| Reporting employee (signature): *Dez* | |

| Date: 10/15/17 | Time: 10:50  ☒ am  ☐ pm | Employee requests copy:  ☒ yes  ☐ no |
|---|---|---|

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☒ Administrative Detention | Date: 10/14/17 | Time: 11:42  ☒ am  ☐ pm |
|---|---|---|
| ☐ Accused inmate interviewed | ☐ Informal disposition | |

Custody Supervisor / Unit Manager name (print): *G. Saavedra*

Custody Supervisor / Unit Manager signature:

| Title: Lieutenant | Date: 10/15/17 | Time: 10:52  ☒ am  ☐ pm |
|---|---|---|

## INMATE NOTICE

| Delivered by (print): HARMON ▉▉▉▉ | Delivered by (signature): |
|---|---|
| Title: CORRECTION OFFICER | Date: 10/15/17 | Time: 11:00  ☒ am  ☐ pm |

MWCI- 2017-10-070

HR006 Rev. 08/11
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER 349751 | DATE OF BIRTH ███ |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Mendez, Kezlyn | |
| SEX (M) F | RACE/ETHNIC (B) W E O | FACILITY 137 |

## HEALTH EVALUATION FOR RESTRICTIVE HOUSING UNIT (RHU) PLACEMENT

Custody Notification (date & time): 10-14-17   11:45AM

Start date & time of Segregation/RHU: 10-14-17   11:45 AM

☒ Inmate Evaluation

☒ Health Record Review

☒ No Contraindications for Placement (describe) _____

_____

_____

_____

_____

☐ Contraindications for Placement (describe) _____

_____

_____

_____

_____

☒ No Special Accommodations

☐ Special Accommodations (describe) _____

_____

_____

_____

Health Staff Signature, title, date and time:

Cathy Boiland  RN  10-14-17  1150AM

_____

_____

Received by CDOC Staff (Name) _____   _____   Date/Time 10/14/17  12:__
                                    Print              Signature

Copies of this form are given to the custody supervisor and placed in the medical record.

018

MWCL 2017-10-070



Connecticut Department of Correction          CN 9307

# Inmate Overview Sheet

10/14/2017



| | | | | |
|---|---|---|---|---|
| Name: | **MENDEZ,KEZLYN CIEDY** | SSN: | Race: | **Black** |
| Number: | **00329751** | DOB: | Gender: | **M** |
| | | Height: | **6' 04''** | Hair Color: | **Brown** |
| | | Weight: | **175 Lbs.** | Eye Color: | **Brown** |

| | | | |
|---|---|---|---|
| Bond: | **0** | Status: | **Sentenced** |
| Offense: | **53A054C** | Detainer: | **No** |
| | | | **Af** |
| Sentence: | | Admin Date: | **8/28/2012** |
| Release Date: | | Estimated: | |
| VTP Date: | | DWOR: | **N** |
| DNA Felony: **Y**  Swab: | | Sex Off. Registration: | **N** |

Photo Date: **5/27/2014**

Current Facility: Mcdgl/Wlkr Cl

| | | | |
|---|---|---|---|
| | | TS Hold Date: | HH Hold: |
| | | XP Hold Date: | Total DR(s): |
| Housing: | **L Unit** | | Cell: | **-94** |

| | | | |
|---|---|---|---|
| Court: | | Court Date: | Transport By: |
| Hub: | | Release Status: | *Must call Facility prior to release from Court* |
| Transfer To: | | Transfer Date: | |

Management Sub-Code:    HD(History Of Domestic Violence) P(Profile)

Profile:

Special Instructions/Comments for DOC Use Only:

Medication:

Notes - for Other Agency Use:

# Supervisor Video Recording Review
## Connecticut Department of Correction

CN 6902
REV 1/03/17

| Facility/Unit:  MacDougall Walker CI (M) | Date:  10-14-2017 |
|---|---|

Event recorded: RHU Placement

| Unit Tracking Number: MAC-VP-17-1298 | Incident Report Number: MWCI-2017-10-070 |
|---|---|

Media type:  ☐ Videotape  ☐ Compact Disc  ☒ DVD  ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| MENDEZ,KEZLYN | 329751 |
| | |
| | |
| | |

Comments:
- **This video recording captured an RHU escort of Inmate Mendez, Kezlyn #329751 L-pod under supervision of Lieutenant Legassey, Ryan initiated from L-2 top tier.**
- **Inmate Mendez was secured in RHU-16 pending investigation for an unwitnessed altercation.**

### Before Action Procedures

| Sign-on procedure: | ☒ Yes | ☐ No | Camera Operator: Officer Cook, ▮▮▮ |
|---|---|---|---|
| Supervisor's prelude: | ☒ Yes | ☐ No | Supervisor: Lieutenant Legassey, ▮▮▮ |
| Cell extraction team introduction: | ☐ Yes | ☒ No | |

### Quality of Video Coverage

| Is event in focus? | ☒ Yes | ☐ No |
|---|---|---|

Obstructions or breaks in video coverage (explain):

### After Action Procedures

| Supervisor's epilogue: | ☒ Yes | ☐ No |
|---|---|---|
| Sign-off procedure: | ☒ Yes | ☐ No |
| Video labeling: | ☒ Yes | ☐ No |
| Chain of custody completed? | ☒ Yes | ☐ No |

All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.

Additional Comments:

| Reviewed by: Bosque, ▮▮▮ | Title: Lieutenant | Date: 4-02-2018 |
|---|---|---|

020



# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit :MacDougall/Walker | ☐ Parole Office |
|---|---|
| Unit Tracking Number: MAC-VP-17-1248 | Incident Report Number: MWCS-2017-17-070 |

### Classification of Physical Evidence

| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
|---|---|---|
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording
☐ Appliance (e.g., television, radio, stereo, recorder, etc.)
☐ Currency (money or other commodity of exchange)
☐ Staff Contraband
☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s):

Inmate Mendez, Keelyn #329751 was escorted from L-94 cell to RHU where he was processed and placed in RHU 16 cell pending investigation.

Location found/confiscated: L2-94 cell

| By (staff name): Cook, ██████ | Date: 10-14-17 | Time: ☐AM ☐PM |
|---|---|---|
| From (inmate name): Mendez Keelyn | | Inmate number: 329751 |

### Chain of custody - physical evidence (signature required)

| Staff from: Cook, ██████ | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
|---|---|---|
| Staff to: LT Cegassey ██████ ✗ | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
| Reason: Review | Disposition: |

| Staff from: LT Cegassey ██████ | Date: 10-14-17 | Time: 12:55 ☐AM ☒PM |
|---|---|---|
| Staff to: Video Safe | Date: 10-14-17 | Time: 1:30 ☐AM ☒PM |
| Reason: Preservation | Disposition: logged |

| Staff from: Video Safe | Date: 4-2-18 | Time: 604 ☐AM ☒PM |
|---|---|---|
| Staff to: Lt Bosque (B) | Date: 4-2-18 | Time: 604 ☐AM ☒PM |
| Reason: Incident Review | Disposition: Secured as evidence on 4-2-18 @ 610pm (B) |

### Continue on page 2 for additional entries