# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEZLYN MENDEZ | : | CIVIL NO. 3:18-CV-1929(VLB) |
| V. | : | |
| MULLIGAN, ET AL. | : | SEPTEMBER 16, 2019 |

### DECLARATION OF LANCE OLIVER

The undersigned hereby deposes and says:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. The foregoing statement is based upon my personal knowledge.

3. I started my employment with the Department of Correction in 2008 as a Correctional Food Service Supervisor 1 at MacDougall Walker Correctional Institution.

4. In 2009, I transferred to Osborn Correctional Institution.

5. I was promoted, to my current title of Correctional Food Service Supervisor 3 "CFSS3", in 2013 at the Walker building.

6. In 2016, I was assigned to supervise both the MacDougall and Walker buildings that comprise MacDougall Walker Correctional Institution.

7. As a CFSS3 my duties includes, but is not limited to, : supervise inmates and/or staff in preparation, cooking, retherming and serving of food; instruct and train inmates and/or staff in proper methods and practices for food preparation including special diets, service and maintenance and/or sanitation of equipment and kitchen areas; oversee storage, rotation and security of food and supplies; supervise cleaning, sanitation and maintenance of kitchen and equipment; keep

records and makes reports; maintain discipline and security measures; may prepare staff and inmate work schedules; may give input for staff performance evaluations; may physically restrain inmates, quell disturbances or otherwise assist custodial forces in emergencies; performs related duties as required.

8. I am familiar with inmate Kezlyn Mendez #329751.

9. Kezlyn Mendez #329751 started as a kitchen worker in April of 2017.

10. The plaintiff talked to me his work schedule and problems he experienced on the first shift.

11. The staffing needs of the kitchen fluctuate. Every effort is made to give all kitchen employees work hours.

12. I tried to resolve the situation by moving the plaintiff to the second shift on August 4, 2017.

13. The transfer to the second shift did not alleviate the problem.

14. Although, I did not work directly with the plaintiff other kitchen supervisors shared their concerns with me.

15. I have no recollection of inmate Mendez as a kitchen employee.

16. I do not remember an apology letter from inmate Mendez to CFSS2 Rossi.

17. I never observed the apology letter displayed in the kitchen or heard that it had been posted in the kitchen.

18. I was not present to observe any of the interactions between inmate Mendez and CFSS2 Rossi.

19. I have no knowledge of inappropriate or retaliatory conduct by CFSS2 Rossi towards the plaintiff.

3

20. Meals for inmates that identify as Muslim are cooked in the common fare oven.

21. MacDougall Walker Correctional Institution has multiple common fare ovens. None of the ovens have a lock.

22. Common fare meals include meatless options and fish.

23. I never observed Rossi cooking pork in the common fare oven.

24. In September of 2017, I transferred out of the facility. I have not interacted with the plaintiff since I left the facility.

3

## DECLARATION

I, Lance Oliver, pursuant to Conn. Gen. Stat. §1-24a and 28 U.S.C. §1746, declare under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

_____            SEPT-16-2019
Lance Oliver                                Date

4