# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEZLYN MENDEZ            :     CIVIL NO. 3:18-CV-1929(VLB)

V.                          :

MULLIGAN, ET AL.          :     SEPTEMBER 16, 2019

## DECLARATION OF TREVOR WILLIAMS

The undersigned hereby deposes and says:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. The foregoing statement is based upon my personal knowledge.

3. I started my employment with the Department of Correction in 2010 as a Correctional Food Service Supervisor 1 assigned to the first shift at MacDougall Walker Correctional Institution.

4. I was promoted in 2012 to a Correctional Food Service Supervisor 2 "CFSS2".

5. As a CFSS2 my duties includes, but is not limited to, : supervise inmates and/or staff in preparation, cooking, retherming and serving of food; instruct and train inmates and/or staff in proper methods and practices for food preparation including special diets, service and maintenance and/or sanitation of equipment and kitchen areas; oversee storage, rotation and security of food and supplies; supervise cleaning, sanitation and maintenance of kitchen and equipment; keep records and makes reports; maintain discipline and security measures; may prepare staff and inmate work schedules; may give input for staff performance

evaluations; may physically restrain inmates, quell disturbances or otherwise assist custodial forces in emergencies; performs related duties as required.

6.    I am familiar with inmate Kezlyn Mendez #329751.

7.    In April of 2017, Kezlyn Mendez #329751 started as a kitchen worker on the first shift.

8.    Inmate Mendez was attention seeking, which created problems for him to stay on task.

9.    We have roughly sixteen ovens in the kitchen.  There are specific ovens designated for different diets.  One example is our common fare oven used solely for common fare meals.

10.   I have never observed prohibited foods cooked in any of the designated ovens.

11.   There is one inmate specifically assigned with the task of cleaning and sanitizing the ovens daily.  This task is delegated to at least one inmate each shift.

12.   I have no recollection of CFSS2 Rossi cooking pork in the kitchen.

13.   Inmate Mendez never approached me about CFSS2 Rossi cooking pork in the kitchen.

14.   Inmate Mendez never approached me about a transfer to the second shift.

15.   Once the plaintiff was transferred to the second shift our interaction was limited as I am assigned the first shift.

16.   I heard about an apology letter that Mendez had given to CFSS2 Rossi.

2

17.     I was not involved in whatever may have happened between inmate Mendez and CFSS2 Rossi that resulted in the apology letter.

18.     I never observed the apology letter displayed in the kitchen or heard that it had been posted in the kitchen.

19.     I have no knowledge of inappropriate or retaliatory conduct by CFSS2 Rossi towards the plaintiff.

20.     On October 14, 2017, I spoke with Lieutenants Legassey and Diaz about Mendez.  I then documented those concerns.  Specifically that Mendez exhibited issues with authority and was disrespectful towards supervisors, especially women.   Mendez is confrontational.

21.     As an experienced Kitchen Supervisor, I deemed Mendez's conduct to be below the standard expected of kitchen workers.

22.     His presence in the kitchen compromised the safety of kitchen staff, especially for women and CFSS2 Rossi.

23.     I did not discuss CFSS2 Rossi with the plaintiff or refer to inmate Mendez as a snitch.

24.     Although the plaintiff was very defiant and difficult to work with, I never prevented from working with me on the first shift.

25.     The staffing needs of the kitchen fluctuate.  Every effort is made to give all kitchen employees work hours.

26.     My interaction with inmate Mendez, while troublesome at times never resulted in the issuance of a disciplinary report by me.

I, Trevor Williams, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____     9/14/19
Trevor Williams                      Date