# EXHIBIT K

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEZLYN MENDEZ | : | CIVIL NO. 3:18-CV-1929(VLB) |
| V. | : | |
| MULLIGAN, ET AL. | : | SEPTEMBER 16, 2019 |

## DECLARATION OF JOSE RIVERA

The undersigned hereby deposes and says:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. The foregoing statement is based upon my personal knowledge.

3. I started my employment with the Department of Correction in January of 1999 as a Correction Officer.

4. In September of 2007, I was promoted to Lieutenant. Then, I was promoted again in May of 2014 to Captain.

5. In July of 2016, I was transferred to MacDougall Walker Correctional Institution as assigned as the Intelligence Coordinator.

6. I remained at MacDougall Walker Correctional Institution until August of 2019.

7. I am familiar with inmate Kezlyn Mendez #329751.

8. I was not involved with the incident that occurred on October 14, 2017 that resulted in Mendez being placed within the restrictive housing unit. *See* Exh. F.

9. I never made the comments that the plaintiff has attributed to me.

10. I did not discuss the plaintiff's employment with Mendez or anyone else.

11. I did not transfer the plaintiff to a different correctional facility.

12. I have no recollection of telling the plaintiff that he would be transferring to another facility.

13. It would not be unusual for me to inform an inmate that they will move to another facility and review the process with them.

14. I was not involved with the plaintiff's placement in the restrictive housing unit or transfer from MacDougall Walker Correctional Institution.

15. My interaction with inmate Mendez never resulted in the issuance of a disciplinary report.

16. I have no knowledge of inappropriate or retaliatory conduct by Correctional Food Service Supervisor 2 Rossi towards the plaintiff.

## DECLARATION

I, Jose Rivera, pursuant to Conn. Gen. Stat. §1-24a and 28 U.S.C. §1746, declare under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

_____          __9/16/2019__
**Jose Rivera**                                                        **Date**

3