# EXHIBIT L

# Bennett, Jessica A

| | |
|---|---|
| From: | Bennett, ▮▮▮▮ |
| Sent: | Friday, September 08, 2017 11:40 AM |
| To: | Rossi, Ralph |
| Cc: | Oliver▮▮▮; Mulligan, ▮▮▮ |

Hello,

Can you please generate a TO and FROM to the Warden in regards to an alleged incident with inmate Mendez # 329751. Inmate Mendez is alleging that he was prohibited from going to work from 6/2 to further notice due to him writing to the Warden about his concerns of pork being cooked in the oven that Ramadan food or Muslim meals are cooked in. Inmate claims he was told not to return to work till further notice and he wasn't going to be issued a poor work report. Can you please verify the validity of inmate Mendez claims in the TO and From to Warden Mulligan. If you could kindly prepare this before Tuesday 9/12/2017 that would greatly appreciated. You can hand it to myself or wardens secretary Mcintosh.

Thank you kindly

**CC Bennett**
**MacDougall-Walker Correctional Institution**
**ARC Coordinator**
**(860) 627-2223**
**Fax #: 860-292-4267**